UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dean A. Lanz,	Civil No. 05-2718 (DSD / SRN)

      Plaintiff,

                                  ORDER

v.

Jo Anne B. Barnhart,
Commissioner of Social Security,

      Defendant.

---

The above-entitled matter comes before the court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated December 12, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for summary judgment (Docket No. 13) is DENIED.

2. Defendant's motion for summary judgment (Docket No. 17) is GRANTED.

DATED: December 29, 2006

                                                  s/David S. Doty
                                                  David S. Doty, Judge
                                                  United States District Court